UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET NEMETH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK-PRESBYTERIAN COLUMBIA UNIVERSITY IRVING MEDICAL CENTER;<br><br>Defendant. | Case No.   1:24-cv-04762<br><br>Notice of Voluntary Dismissal |

PLEASE TAKE NOTICE that Plaintiff Nemeth files this Notice of Voluntary Dismissal of her claims in the above captioned action without prejudice and with each side bearing its own costs, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).  This Notice of Voluntary Dismissal is being filed with the Court before responsive pleadings by Defendant.

DATED:  Sept. 30, 2024

Respectfully submitted,

*/s/ Blake Hunter Yagman*
Blake Hunter Yagman
STERLINGTON, PLLC
One World Trade Center, 85th Floor
New York, New York 10007
Tel.:   929-709-1493
blake.yagman@sterlingtonlaw.com